IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROMESH CHANDER KANDA,

    Petitioner,

  v.

CARL LARSON, Warden, Salinas Valley State Prison, and THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,

    Respondents.
_____/

No. C 01-3767 CW

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS

    Petitioner Romesh Chander Kanda, a State prisoner currently incarcerated at Salinas Valley State Prison in Soledad, California, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On February 17, 2004, the Court denied Petitioner's petition.  Petitioner appealed.  The Ninth Circuit reversed and remanded.

    For the reasons set forth in the Ninth Circuit's memorandum, Petitioner's petition for writ of habeas corpus is GRANTED.  Petitioner's conviction is VACATED and Respondent is ordered to release Petitioner from custody within ninety (90) days of the date

of this order unless the State of California reinstitutes criminal proceedings against him.

    IT IS SO ORDERED.

Dated:  5/12/06

_____
CLAUDIA WILKEN
United States District Judge